

**MORRIS DUFFY ALONSO & FALEY**
Two Rector Street
New York, New York 10006
(212) 766-1888
Fax (212) 766-3252
www.mdafny.com

**MEMO ENDORSED**

October 5, 2007

<u>**VIA FACSIMILE: (212) 805-6717 AND REGULAR MAIL**</u>

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **GALICORP, LTD. v. BORDER ENTERPRISES, LLC**, et al.
        07 CV 7814 (RMB)(KNF)
        Our File No.: (SIU) 55583

Dear Judge Berman:

    Our office was retained on Thursday, October 4, 2007, to represent the defendants in the above matter. I telephoned my adversary, Gerald Bunting, on that date and received a return call on October 5, 2007. Mr. Bunting agreed to grant me a twenty day extension of time to answer from October 5, 2007 and also agreed with my suggestion that we seek an adjournment of the conference that is presently scheduled for October 9, 2007 at 2:00 p.m. in your Courtroom.

    By this letter, I am requesting a thirty day adjournment of the conference. That should give us time to see whether the plaintiffs are interested in discontinuing their action and also for my own clients to serve an answer, if that is necessary.

                                    Respectfully yours,

                                    BARRY M. VIUKER

BMV/mg

cc: Gerald A. Bunting, Esq.
    11 West 42nd Street, Suite 900
    New York, New York 10036

> Conference adjourned until 11/14/07 at 9:15 A.M.
>
> **SO ORDERED:**
> Date: 10/5/07
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.