**THE LAW OFFICES OF**
**GERALD A. BUNTING**

11 West 42nd Street, Suite 900
New York, New York 10036
(212) 582-3135
(212) 768-2700 (fax)

**MEMO ENDORSED**

*[Received stamp: NOV 13 2007, CHAMBERS OF RICHARD M. BERMAN, U.S.D.J.]*

November 13, 2007

> FINAL ADJOURNMENT GRANTED. CONFERENCE SCHEDULED FOR 12/17/07 AT 9:15 A.M.
>
> SO ORDERED:
> Date: 11/13/07
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

VIA FACSIMILE 212-805-6717

The Chambers of the Honorable
Richard M. Berman
United States District Court
Southern District of New York
Attn: Andrew Brettler, Esq.,
500 Pearl Street
New York, NY 10006

Re: Galicorp v. Border Enterprises, LLC, et al, Case # 07 CV 7814

Dear Mr. Brettler:

    This office represents the plaintiff in the above-captioned matter which is scheduled for an initial pre-trial conference tomorrow, November 14, 2007. The conference was adjourned once before at the request of the parties so that the possibility of a settlement could be reached. The attorneys for the parties have since had some conversations regarding an out-of-court resolution of the underlying disputes and feel that additional time would be beneficial. Accordingly, the parties wish to request a further adjournment so that more substantive discussions may be held.

    On behalf of the plaintiff and the defendants, let this letter serve as a request for an additional thirty day adjournment. In the event this matter is resolved prior to the adjourned date we shall notify the court immediately.

Very truly yours,

/s/ Gerald A. Bunting

Gerald A. Bunting

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/13/07]*

cc:

Barry M. Viuker, Esq.
Morris Duffy Alonso & Faley
2 Rector Street
New York, NY 10006
*via facsimile* (212) 766-3252