FILE No.414 12/13 '07 18:41    ID:    FAX:    PAGE 2/ 2

# THE LAW OFFICES OF
# GERALD A. BUNTING

**MEMO ENDORSED**

11 West 42nd Street, Suite 900
New York, New York 10036
(212) 532-3135
(212) 768-2766 (fax)

December 13, 2007



Conference on 1/11/08
@ 9:15 AM

SO ORDERED
Date: 12/14/07
Richard M. Berman, U.S.D.J.

<u>VIA FACSIMILE 212-805-6717</u>

The Chambers of the Honorable
Richard M. Berman
United States District Court
Southern District of New York
Attn: Andrew Brettler, Esq.,
500 Pearl Street
New York, NY 10006

Re:    <u>Galicorp v. Border Enterprises, LLC, et al, Case # 07 CV 7814</u>

Dear Mr. Brettler:

This office represents the plaintiff in the above-captioned matter which is scheduled for an initial pre-trial conference Monday, December 17, 2007. The attorneys for all parties have been working on an out-of-court resolution of the underlying disputes and feel that additional time would be beneficial. Pursuant to a request made during a telephone conversation earlier this afternoon, the court has adjourned the conference to Friday, January 11, 2008 at 9:15a.m.

Once again, thank you for your assistance in this matter. In the event this dispute is settled prior to January 11, 2008, we shall immediately notify the court.

Very truly yours,

Gerald A. Bunting

cc:

Barry M. Viuker, Esq.
Morris Duffy Alonso & Faley
2 Rector Street
New York, NY 10006
*via facsimile* (212) 766-3252

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2007

12/13/07    THU 18:40    [TX/RX NO 7988]