UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Galicorp Ltd,
                          Plaintiff(s),                          **Case Management Plan**

            - v -                                                07 CV. 781 (RMB)

Border Enterprises LLC,
Robert Biggio + Dermot O'Keefe
                          Defendant(s).
---------------------------------------------------------X

        The following Case Management Plan is entered after consultation with the parties. This
Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil
Procedure.

                                                                        RMB

(i)     Joinder of additional parties by __2/11/08__

(ii)    Amend the pleadings by __2/11/08__                    5/11/08 Fact + Expert

(iii)   All discovery to be **expeditiously** completed by____

(iv)    Consent to Proceed before Magistrate Judge____

(v)     Status of settlement discussions____                 10:30 A.M. 5/19/08 with principals

**Sections  vi  through  xi  will be set at conference with the Court.**

(vi)    Motions_____

(vii)   Oral Argument_____

(viii)  Joint Pre-Trial Order to be submitted by_____

(ix)    Final Pre-Trial Conference_____

(x)     Trial_____

(xi)    Other  Refer to magistrate for General Pretrial Purposes

**SO ORDERED:**  New York, New York
                        __1/11/08__

                                                        RMB
                                        _____
                                        Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/08