**Morris Duffy Alonso & Faley**
Two Rector Street
New York, New York 10006
(212)766-1888
Fax (212)766-3252

January 24, 2008

**VIA ECF**

The Honorable Richard M. Berman
United States Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **GALICORP, LTD. v. BORDER ENTERPRISES, LLC, et al.**
            07 CV 7814 (RMB)(KNF)
            Our File No.: (SIU) 55583

Dear Judge Berman:

    I am respectfully filing an Amended Answer with Counterclaim with the consent of counsel for plaintiff.

                                                                         Respectfully submitted,

                                                                         BARRY M. VIUKER

cc:    Gerald A. Bunting, Esq. (via ecf)
        Attorney for Plaintiff
        11 West 42nd Street, Suite 900
        New York, New York 10036