

ROBERT D. GONER PC
340 Great Neck Road
Great Neck, NY 11021

**MEMO ENDORSED**

Phone (516) 358-8825
Facsimile (516) 358-8827

February 29, 2008

Magistrate Kevin Nathaniel Fox
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



RE: 1:2007cv07814 (RMB)(KNF)
GALICORP v. BORDER ENTERPRISES, LLC, et al

Your Honor:

As per my conversations with your chambers, I am writing to inform the court that, Gerald Bunting, attorney of record, for the Plaintiff in the above referenced matter is out of the country until March 8, 2008 and therefore is requesting an adjournment of the telephone conference scheduled for March 5, 2008. Mr. Bunting has informed the Defendant's attorney via telephone and he will also be copied on this letter.

Please call me if you have any questions.

Very Truly Yours,

Robert D. Goner

3/3/08
The telephonic conference, previously scheduled for March 5, 2008, will be held on March 17, 2008, at 10:30 a.m.

SO ORDERED:

/Kevin Nathaniel Fox/

Hon. Kevin Nathaniel Fox
United States Magistrate Judge