MORRIS DUFFY ALONSO & FALEY
TWO RECTOR STREET
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
www.mdafny.com

MEMO ENDORSED


RECEIVED
APR 07 2008
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

April 7, 2008

4/8/08

**VIA FACSIMILE: (212) 805-6712**

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 540
New York, New York 10007-1312

   Re: **GALICORP, LTD. v. BORDER ENTERPRISES, LLC, et al.**
       1:2007 CV 07814 (RMB)(KNF)
       Our File No.: (SIU) 55583

Dear Magistrate Fox:

   With respect to the above case, I have what appears to be a CD that has been forwarded to me by plaintiff's counsel. Plaintiff's counsel has informed that in order to open up this CD, I need to have Microsoft Word or Microsoft Outlook 2003. I do not have that on my computer.

   Plaintiff's counsel has repeatedly informed me that he will provide me with the Microsoft program that I need in order to open the CD. As of this date, April 7, 2008, I have not received that material. Thus, the CD that I have is useless to me.

   I cannot go forward in good conscience with depositions in this matter until I have reviewed the discovery material that has been provided on the CD. I strongly request your office's assistance in this matter.

4/7/08
A telephonic conference, initiated
by counsel to the plaintiff, will be held with the
...tied on April 8, 2008, at 11:30 a.m.
SO ORDERED.
Kevin Nathaniel Fox, U.S.M.J.

Very truly yours,

BARRY M. VIUKER

BMV/mg

cc: Gerald A. Bunting, Esq.
    11 West 42nd Street, Suite 900
    New York, New York 10036
    (via facsimile: (212) 768-2766)