From: Morris Duffy Alonso Faley    212 766 3252    04/28/2008 14:26    #941 P.002/002



By Fax: 212 805 6712

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/29/08



RECEIVED
APR 28 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

**MEMO ENDORSED**

April 28, 2008

Re Galicorp, Ltd. v Border Enterprises LLC et al
07 CIV 7814 (RMB) (KNF)
Our File No. SIU 55583

Dear Judge Fox

Defendants have reconsidered their position in this case and no longer think that a settlement conference would be helpful in resolving this matter. For that reason I have requested that the conference currently scheduled for 2:30 April 29, 2008 be canceled. We are instead in the process of drafting a request for a pre motion conference prior to making a motion to dismiss.

I did inform my adversary counsel, Gerald Bunting, that I was making this request to cancel tomorrow's conference. His response was a noncommittal "okay".

We therefore request that the settlement conference scheduled for tomorrow be canceled.

Respectfully,

*Barry M Vinker*

Barry Vinker
Counsel for the defendants

cc: Gerald Bunting (by fax: 212 532 3137)

4/28/08
*Application granted.*
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.