UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GALICORP LTD.,

                    Plaintiff(s),                    07 Civ. 7814

     -against-                                  **ORDER**

BORDER ENTERPRISES, LLC, ROBERT BIGGIO,
AND DERMOT O'KEEFE,

                    Defendant(s),
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Counsel for Plaintiff and Defendant, having appeared in Court on May 19, 2008, and Counsel for Plaintiff and Defendant having advised the Court that the matter is settled, it is hereby

      **ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

Dated: New York, New York
       May 19, 2008

                                                                   Richard M. Berman, U.S.D.J.