Jul 11 2008 5:50PM   HP LASERJET FAX                                   P.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------X

GALICORP, LTD.,

              Plaintiff,

  -against-

BORDER ENTERPRISES, LLC, ROBERT
BIGGIO and DERMOT O'KEEFE,

              Defendants.
------------------------------------------------------------X

07 CV 7814 (RMB) (KNF)

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action brought by the plaintiff against BORDER ENTERPRISES, LLC, ROBERT BIGGIO and DERMOT O"KEEFE be, and the same hereby is **discontinued with prejudice** without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       July 11, 2008

_____
BARRY M. VIUKER
MORRIS DUFFY ALONSO & FALEY
Attorneys for Defendants
Two Rector Street, 22nd Floor
New York, New York 10006

_____
GERALD A. BUNTING
THE LAW OFFICES OF
GERALD A. BUNTING
Attorneys for Plaintiff
11 West 42nd Street, Suite 900
New York, New York 10036

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/08

SO ORDERED:

RMB
_____
U.S.D.J.
7/22/08